Laura L. Griffin, RMR-CRR
United States Court Reporter
333 W. 4th Street, Room 411
Tulsa, OK  74103
918-699-4879

U.S. Court of Appeals – Tenth Circuit
Clerk of the Court
The Byron White Courthouse
1823 Stout Street
Denver, CO 80257

RE:  USA V. DAVID ANTHONY ROMANNOSE, 21-CR-332-JFH, NDOK

August 15, 2025

Clerk:

The transcript for the sentencing held on June 11, 2025, has now been filed with the District Court for the Northern District of Oklahoma.   This is the only transcript ordered from me in the appeal.


S/ Laura Griffin, RMR-CRR
Official Court Reporter

## Cara Becker

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Friday, August 15, 2025 4:07 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 25-5102 United States v. RomanNose "Notice of transcript filed" (4:21-CR-00332-JFH-1) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 08/15/2025 at 3:06:27 PM Mountain Daylight Time and filed on 08/15/2025

| | |
|---|---|
| **Case Name:** | United States v. RomanNose |
| **Case Number:** | 25-5102 |
| **Document(s):** | Docket Entry #20 |

**Docket Text:**
[11205979] Notice filed that the transcript was filed by Ms. Laura L. Griffin in district court on 08/15/2025 (06/11/25 sentencing hearing). Manner of Service: email. Record on appeal due district court 08/25/2025 [25-5102]

**Notice will be electronically mailed to:**

Thomas Duncombe: thomas.duncombe@usdoj.gov, caseview.ecf@usdoj.gov, michelle.schrader@usdoj.gov, lori.frederick@usdoj.gov, william.foreman@usdoj.gov
Ms. Virginia L. Grady: Virginia_Grady@fd.org, co.10ecf@fd.org, melissa_foley@fd.org
Stacey Parnow Todd: stacey.todd@usdoj.gov, william.foreman@usdoj.gov, sarah.kolbe@usdoj.gov, michelle.schrader@usdoj.gov, avril.goodwin@usdoj.gov
Perrin Tourangeau: perrin_tourangeau@fd.org, laura_brands@fd.org, co.10ecf@fd.org

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 25-5102.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=08/15/2025] [FileNumber=11205979-0]

[9ebc447324f1d5771808716a6298913b83dc09a6602f4c8ecf78bfa7bee7a74c82f8e2a69efbc4457ac1b3d57b80ce08e2acfa860658b6378ae226b843f902ce]]